

**NUMBER 13-14-00400-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

PAUL JAMES HUDSON,                                                           **Appellant,**

**v.**

GLORIA ARACELI LOEZA ACEVES,                                    **Appellee.**

**On appeal from the 93rd District Court
of Hidalgo County, Texas**

## ORDER ABATING APPEAL

**Before Justices Rodriguez, Garza, and Benavides
Per Curiam**

This cause is before the Court on an agreed, joint motion to abate appeal pending settlement. The parties have settled the dispute in this appeal and request that this Court abate the appeal to effectuate the settlement agreement. The Court, having examined and fully considered the documents on file and the joint motion to abate, is of the opinion

that the joint motion to abate the appeal pending settlement should be granted. The joint motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED until September 25, 2014.

The Court directs appellants to file, on or before September 25, 2014, either (1) a motion to reinstate the appeal or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
28th day of August, 2014.

2